# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.       CASE NO. 6:14-cr-238-JA-DCI

(6:19-cv-1882-JA-DCI)

(6:25-cv-490-JA-DCI)

NESTER LEON

_____

## ORDER

Before the Court is Nester Leon's fourth pro se motion for compassionate release under 18 U.S.C. § 3582.[1] (Doc. 270). Because Leon did not exhaust his administrative remedies, the motion is denied.[2]

In 2015, a jury found Leon guilty of two counts: carjacking and possessing

_____

[1] References to documents in the instant case are "Doc." References to documents in Leon's first § 2255 civil action, civil case No. 6:19-cv-1882-JA-DCI, are "Doc. cv."

[2] Leon alternatively seeks a psychological evaluation. The motion (Doc. 270) is denied to this extent as well. The Government submits that Leon has received psychological care when requested. (Doc. 272 at 1 n.2). Thus, it is unnecessary to accord Leon this relief.

a firearm during or in furtherance of a crime of violence. (Doc. 69). The Court sentenced Leon to 216 months of imprisonment for both counts. (Doc. 203). Leon is 36 years old and currently incarcerated at USP Hazelton in Bruceton Mills, West Virginia, with a projected release date of April 26, 2030. (*See* Bureau of Prisons Inmate Locator at https://www.bop.gov/inmateloc/ [https://perma.cc/6AD9-4L9W] (last accessed on Aug. 27, 2025)).

The Court denied Leon's first, second, and third motions for compassionate release because he failed to exhaust his administrative remedies; because he did not meet any of the extraordinary and compelling reasons for compassionate release under U.S.S.G. § 1B1.13; and because, if released, he would present a serious danger to the community. (Doc. 246; Doc. 253; Doc. 270 n.3).

Before filing a motion for compassionate release, a defendant must "fully exhaust" his administrative remedies with the Bureau of Prisons. 18 U.S.C. § 3582(c)(1)(A); *United States v. Harris*, 989 F.3d 908, 911 (11th Cir. 2021). Leon does not contest the Government's assertion that he has failed to exhaust his administrative remedies. His motion does not even reference submitting a request for compassionate release to the prison warden.

Thus, Leon has not exhausted his administrative remedies, and the motion is due to be denied on this basis.

Accordingly, it is **ORDERED** that Nester Leon's motion for

compassionate release (Doc. 270) is **DENIED**.

    **DONE** and **ORDERED** in Orlando, Florida, on August 27, 2025.

                                          JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Nester Leon